Kim R. Wilson (3512)
P. Matthew Cox (9879)
SNOW, CHRISTENSEN & MARTINEAU
10 Exchange Place, Eleventh Floor
Post Office Box 45000
Salt Lake City, Utah 84145
Telephone: (801) 521-9000
Fax No.: (801) 363-0400
Email: intakeclerk@scmlaw.com

*Attorneys for Defendant Portfolio Recovery Associates*

FILED
U.S. DISTRICT COURT

2010 NOV -9 P 3: 56

DISTRICT OF UTAH

BY:_____
    DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT FOR THE

## STATE OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| DEAN BECKER,<br><br>     Plaintiffs,<br><br>vs.<br><br>PORTFOLIO RECOVERY ASSOCIATES<br><br>    Defendants. | **ORDER FOR DISMISSAL**<br>**(as to defendant Portfolio Recovery Associates)**<br><br>Civil No. 2:09-cv-324<br><br>Judge Dee Benson |

The Court, having reviewed the Stipulated Motion to Dismiss filed herein, hereby

ORDERS that all claims as to Portfolio Recovery Associates, are dismissed, with prejudice, each

party to bear its/his own attorney's fees and costs.

DATED this __9th__ day of November, 2010.

BY THE COURT

Honorable Judge Dee Benson

024796-0001 1571164.1

2